# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Lisa Truong, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 23-cv-1346 JRT/DLM |
| Collins Aerospace System, Seyfarth & Shaw LLP., Rosemount Aerospace Inc, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss [Docket No. 8] is **GRANTED**;
2. Plaintiff's Complaint is **DISMISSED without prejudice**; and
3. Plaintiff's Motion for Default Judgment [Docket No. 23] is **DENIED.**

Date: 1/11/2024                                                                KATE M. FOGARTY, CLERK